FREEDOM LAW FIRM
8985 S. Eastern Ave., Ste 350
Las Vegas, NV 89123
702-880-5554
Counsel for Plaintiff John Pegnam

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN PEGNAM,

      Plaintiff,

NIIZHWAASWI, LLC DBA LOAN AT LAST,

      Defendant.

Case No.:   2:21-CV-01867-GMN-VCF

Dept. No.:

**PROOF OF [X] SERVICE   [ ] NON-SERVICE RE: NIIZHWAASWI, LLC DBA LOAN AT LAST**

State of WISCONSIN
County of VILAS

    I, Sheriff Joseph Fath, first being duly sworn deposes and says: that at all times herein, affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

    That affiant received one copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. 1692 ET SEQ.

    That affiant served the Defendant Niizhwaaswi, LLC dba Loan At Last, by serving Lac Du Flambeau Band of Lake Superior Chippewa Indians, c/o John Johnson, on **(date & time)**

December 9, 2021 at 10:05 am _____ at **(address)**

418 Little Pines Rd, Lac du Flambeau, WI 54538 _____ by:

[ ] Personally serving documents to defendant.

[X] Leaving documents with (name and title) Brittany Allen-
Executive Administrator, authorized to accept on behalf of the business.

[ ] Reason for non-service: _____

_____
(Continued on next page)

-1-

I declare that the assertions of this affidavit are true and correct.

VILAS COUNTY SHERIFF
330 COURT STREET
EAGLE RIVER, WI 54521
715-479-4441

Service Re: NIIZHWAASWI, LLC
Case Number: 2:21-CV-01867-GMN-VCF
Reference #: FREEDOM// 1954618