George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff John Pegnam*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Pegnam, | Case No.: 2:21-cv-01867-GMN-VCF |
| Plaintiff, | |
| v. | **Unopposed Motion for Extension of Time for Defendant to File a Responsive Pleading to Plaintiff's First Amended Complaint** |
| Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last, | |
| Defendant. | **(First Request)** |

STIPULATION            - 1 -

1 2 3 4 5 6 7 John Pegnam ("Plaintiff"), by and through counsel, hereby files his Unopposed Motion for Extension of Time For Defendant to File a Responsive Pleading to Plaintiff's First Amended Complaint, and requests an order extending the deadline for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint by thirty (30) days, from the current deadline of March 15 , 2022 to **April 15, 2022**. This motion is submitted in compliance with LR IA 6-1 and LR IA 6-2.

8 9 10 Good cause exists for the requested extension, as counsel for Defendant is in the process of obtaining and reviewing the relevant file materials and information necessary to respond to the allegations set forth in the Complaint.

11 12 Additionally, the parties are actively engaged in settlement negotiations and hope to resolve the matter prior to incurring further litigation expenses.

13 14 15 16 The parties agree that an extension of Defendant's time to answer the complaint furthers the interests of this litigation. Accordingly, Plaintiff does not oppose the requested extension and the extension is not being requested in bad faith or to delay these proceedings unnecessarily.

17 18 This is the first request for an extension of Defendant's responsive pleading deadline.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

STIPULATION   - 2 -

1  For the foregoing reasons, Plaintiff requests that the Court issue an
2  order extending the date, to **April 15, 2022**, on which Defendant must answer
3  or otherwise respond to Plaintiff's Complaint.

5  Dated: March 3, 2022.

7  **FREEDOM LAW FIRM**

8  /s/ Gerardo Avalos
9  Gerardo Avalos, Esq.
10 8985 S. Eastern Ave., Suite 350
   Las Vegas, NV 89123
11 *Counsel for Plaintiff John Pegnam*

15 IT IS SO ORDERED:

16 _____
17 UNITED STATES MAGISTRATE JUDGE

19 DATED: 3-3-2022

STIPULATION             - 3 -