George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff John Pegnam*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Pegnam, | Case No.: 2:21-cv-01867-GMN-VCF |
| Plaintiff, | |
| v. | **Unopposed Motion for Extension of Time for Defendant to File a Responsive Pleading to Plaintiff's First Amended Complaint** |
| Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last, | |
| Defendant. | **(Second Request)** |

1    John Pegnam ("Plaintiff"), by and through counsel, hereby files his
2    Unopposed Motion for Extension of Time For Defendant to File a Responsive
3    Pleading to Plaintiff's First Amended Complaint, and requests an order
4    extending the deadline for Defendant to file a responsive pleading to
5    Plaintiff's First Amended Complaint by thirty (30) days, from the current
6    deadline of April 15 , 2022 to **May 15, 2022**. This motion is submitted in
7    compliance with LR IA 6-1 and LR IA 6-2.

8    Good cause exists for the requested extension because the parties are
9    actively engaged in settlement negotiations and hope to avoid the additional
10   expense of preparing responsive pleadings, as without this added cost, the
11   parties are in a better position to reach a resolution.

12   The parties agree that an extension of Defendant's time to answer the
13   complaint furthers the interests of this litigation. Accordingly, Plaintiff does
14   not oppose the requested extension and the extension is not being requested in
15   bad faith or to delay these proceedings unnecessarily.

16   This is the second request for an extension of Defendant's responsive
17   pleading deadline.

18   For the foregoing reasons, Plaintiff requests that the Court issue an
19   order extending the date, to **May 15, 2022**, on which Defendant must answer or
20   otherwise respond to Plaintiff's Complaint.

21
22   Dated: April 13, 2022.

23   **FREEDOM LAW FIRM**                              IT IS SO ORDERED:

24   /s/ Gerardo Avalos
      _____          _____
25   Gerardo Avalos, Esq.                         UNITED STATES MAGISTRATE JUDGE
26   8985 S. Eastern Ave., Suite 350
      Las Vegas, NV 89123                                    4-14-2022
27                                               DATED:_____

_____
STIPULATION                      - 2 -