George Haines, Esq
Nevada Bar No  9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880 5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff John Pegnam*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Pegnam, | Case No.: 2:21-cv-01867-CDS-VCF |
| Plaintiff(s,) | **Stipulation** and Order **of dismissal of Loan at Last dba Niizhwaaswi, LLC with** prejudice |
| v | |
| Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last, | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, John Pegnam and Loan at Last dba Niizhwaaswi, LLC stipulate to dismiss Plaintiff's claims against Loan at Last dba Niizhwaaswi, LLC with prejudice.

STIPULATION              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated  July 9, 2022

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff John Pegnam*

**Spencer Fane LLP**

/s/ Mary Bacon
Mary Bacon, Esq.
Andrew Adams III, Esq.
Lorenzo E. Gudino, Esq.
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Counsel for Loan at Last dba Niizhwaaswi, LLC*

All pending deadlines are VACATED. The Clerk of Court is directed to close the case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:    July 11, 2022

STIPULATION                                                         - 2 -